UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CR00444 CDP |
| | ) | |
| RONALD ALLRED, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING RECONSIDERATION OF DETENTION

This matter came before the Court on Defendant's motion for reconsideration of detention (Doc. #274), requesting that the Court release Defendant on some conditions of bond. Defendant is charged with one count of conspiracy to possess with the intent to distribute crack cocaine, one count of conspiracy to possess with the intent to distribute heroin and one count of drug-trafficking forfeiture, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, and 21 U.S.C. § 853, respectively. A hearing on the government's motion for pretrial detention was initially held on August 21, 2009. Neither party had any objections to the information contained in the Pretrial Services Report (PSR) dated August 20, 2009, and at that time Defendant waived his right to a detention hearing. Defendant's pretrial/evidentiary hearing is scheduled for Thursday, October 22, 2009 at 9:30 a.m.

In his motion, Defendant states that he wishes to attend the wake and funeral on October 23 and 24, 2009, of his uncle, Timothy Allred -- who was a co-defendant in this case and who unfortunately was apparently murdered recently. Defendant raises little

else by way of new information that was not known to and considered by the undersigned at the time of the detention hearing. While Defendant asserts that he previously waived his detention hearing because he was then in custody on a probation revocation matter in St. Louis County, and that he has since been released on his personal recognizance in that matter, the Pretrial Services Office has informed the undersigned that Defendant was so released based on the fact of his detention on the instant federal charges, and that a probation revocation hearing is scheduled in the state court on Thursday, October 29, 2009. For this reason, and the further reasons set forth in the Pretrial Services Report, the Pretrial Services Office continues to oppose Defendant's release on bond. Thus, the Court finds that Defendant has not presented any information that would justify reconsideration of the prior Order.

**THEREFORE, IT IS HEREBY ORDERED** that the motion of Defendant Ronald Allred to reconsider this Court's prior Order of detention be **denied**, and that Defendant continue to be detained pending trial in this cause.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of October, 2009.